Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
Binyamin I. Manoucheri, SBN 336468
binyamin@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THUY THANH ALONZO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HERBERT D. BUTTERCUP L.P., a Texas limited partnership; and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO.: 2:21-CV-06957-ODW-JPR<br><br>Honorable Judge Otis D. Wright, II<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed: August 27, 2021<br>Trial Date: May 30, 2023 |

Plaintiff, Thuy Thanh Alonzo ("Plaintiff") hereby notifies the Court that the claims of Plaintiff have settled on an individual basis. A stipulation of dismissal with prejudice of Plaintiff's individual claims and without prejudice of the claims of the putative class in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii) will be filed upon execution of a formal settlement agreement.

Dated: July 1, 2022          Respectfully Submitted,

*/s/ Binyamin I. Manoucheri*
Thiago M. Coelho
Binyamin I. Manoucheri
**WILSHIRE LAW FIRM**
*Attorneys for Plaintiff and Proposed Class*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 1, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: July 1, 2022          /s/ *Binyamin I. Manoucheri*
                                            Binyamin I. Manoucheri